■ In the Matter of ALFONSO RIZZUTO, Petitioner, v ALBERT PRACK, as Director of Special Housing and Inmate Disciplinary Programs, Respondent. [26 NYS3d 485]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the

Supreme Court, entered in Albany County) to review a determination of the Commissioner of Corrections and Community Supervision finding petitioner guilty of violating a prison disciplinary rule.

Petitioner commenced this CPLR article 78 proceeding challenging a determination finding him guilty of violating a prison disciplinary rule. The Attorney General has advised this Court that the disciplinary determination has been administratively reversed and that all references thereto have been expunged from petitioner's institutional record. In view of this, and given that petitioner has received all the relief to which he is entitled, the petition must be dismissed as moot (*see Matter of Rizzuto v Prack*, 134 AD3d 1263, 1263 [2015]).

McCarthy, J.P., Egan Jr., Rose and Lynch, JJ., concur. Adjudged that the petition is dismissed, as moot, without costs.